Criminal Complaint

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**MANUEL DE JESUS NOVOA BAIRES**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

CASE NUMBER: $04M-1018-JGD$

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 7, 2004,</u> in <u>Suffolk</u> County, in the District of <u>Massachusetts</u> defendant did, (Track Statutory Language of Offense)

knowingly and intentionally and unlawfully import into the United States from a place outside thereof, approximately 2 kilograms of cocaine, a Schedule II controlled substance.

in violation of Title _____21_____ United States Code, Section(s) ____952(a) and 960____.

I further state that I am a(n) __U.S. ICE Special Agent__ and that this complaint is based on the
                                        Official Title
following facts:

See Attached Affidavit of Special Agent Matthew Gilmore

Continued on the attached sheet and made a part hereof:    X Yes    ☐    No

_____
Signature of Complainant
MATTHEW GILMORE
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

<u>March 8, 2004</u>
Date

**JUDITH G. DEIN**
**UNITED STATES MAGISTRATE JUDGE**

_____
Name and Title of Judicial Officer

<u>Boston, Massachusetts</u>
City and State

_____
Signature of Judicial Officer

## **AFFIDAVIT OF SPECIAL AGENT MATTHEW GILMORE**

I, Special Agent Matthew Gilmore, depose and state as follows:

1.  I am a Special Agent with the United States Immigration and Customs Enforcement ("ICE"). I have been a Special Agent with the ICE, formerly U.S. Customs Service for the past twenty-three months. I have been assigned to the Narcotics Smuggling since December, 2003, and before then I was in the Strategic Investigations group. Since December, 2003, I have been involved in approximately a dozen drug-related investigations involving the illegal smuggling of narcotics, including but not limited to, cocaine, heroin, and marijuana. I have also received training from U.S. Customs at the Federal Law Enforcement Training Center in all aspects of drug smuggling, including the structure, organization, and operation of international drug smuggling groups, the techniques used by such persons to finance and import drugs, and the identification of documents and other records commonly generated by such operations.

2.  I submit this affidavit in support of a criminal complaint charging **MANUEL DE JESUS NOVOA BAIRES ("NOVOA")** with illegally importing approximately four pounds (approximately 2,070 grams) of cocaine, a Schedule II controlled substance, into

the customs territory of the United States from a place outside
thereof, in violation of 21 U.S.C. §§ 952(a) and 960.

3.   The information contained in this Affidavit is based
upon facts and circumstances learned by me personally and
information related to me by other law enforcement officers
involved in the investigation.  This affidavit does not set forth
all the facts developed during the course of this investigation.
Rather, it sets forth only those facts that are necessary and
sufficient to establish probable cause to believe that **NOVOA** has
committed the crime set forth in the accompanying Criminal
Complaint.

4.   On Saturday, March 6, 2004, at approximately 10:30 p.m.,
Taca Flight 586 landed at Logan International Airport in Boston.
Flight 586 had originated in El Salvador.  **NOVOA** was a passenger
on that flight.  He was traveling on a passport issued from El
Salvador and had flown from San Salvador, El Salvador to Boston,
MA.

5.   **NOVOA** de-boarded the plane along with the other
passengers.  After disembarking, **NOVOA** declared that he had
agricultural products and was referred to agriculture inspectors.
As a routine means of inspection, Agriculture Technicians x-rayed
**NOVOA's** luggage, which revealed four blocks of cheese.  The x-ray
showed inconsistencies within each block, and at that time, the

2

Agriculture Technician cut into one of the blocks of cheese. Contained in the block of cheese was another, smaller brick. Customs Inspectors then assisted in the investigation.    The smaller brick that was cut open revealed a white powdery substance which field tested positive for cocaine.

6.    Following the discovery of the first brick of cocaine, Customs Inspectors cut open each of the three remaining blocks of cheese.    Each block of cheese contained a smaller brick containing a white, powdery substance.    Each brick was field tested and tested positive for cocaine.

7.    Following the discovery of cocaine, a Spanish speaking ICE Special Agent advised **NOVOA** of his Miranda rights and **NOVOA** waived his rights in writing.    **NOVOA** stated a man named "Nelson," whom he knew in passing from his neighborhood, asked him to assist him in delivering Salvadorian food products to friends in the Boston area.    For his services, Nelson promised to pay **NOVOA** $500, plus his round-trip ticket.    Nelson told **NOVOA** he would be met at the airport by a man named "Junior" and his brother. **NOVOA** further stated that he had met these two men, Junior and his brother, in December, 2003, when he had made a previous, similar trip for "Nelson."

3

8.   **NOVOA** further described the first trip he made in
December.   He stated that Junior and his brother drove him to
Providence, Rhode Island, and dropped him off at the residence of
a man introduced to him as "Pedro Rivas."   For approximately one
week, **NOVOA** did not leave the residence except for brief trips to
the grocery store.

9.   **NOVOA** was told by Nelson that the same would occur on
this trip.   He stated that Nelson met him at the airport in San
Salvador, and gave him one bag, contact information written on a
piece of paper and $500 cash.   The contact information included
an address of "245 Treamont (sic) Street, Boston, Massachusetts."
On the Customs declaration form filled out by **NOVOA,** he indicated
that he would be staying at "243 Treamont Street, Boston, MA."
Both 245 and 243 Tremont Street are fictitious addresses.

10.   The four bricks of cocaine weighed approximately 2,070
grams of cocaine.

4

11. Based on the information contained in this Affidavit, all of which is true and accurate to the best of my knowledge, information and belief, I believe that there is probable cause to believe that **MANUEL DE JESUS NOVOA BAIRES** has committed violations of 21 U.S.C. § 952(a) and 960.

**MATTHEW GILMORE**
Special Agent
United States Immigration and
Customs Enforcement

Sworn to and subscribed before me the 8th day of March, 2004.

**JUDITH G. DEIN**
United States Magistrate Judge

5

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____          **Investigating Agency** U.S. ICE _____

**City** Boston _____          **Related Case Information:**

**County** Suffolk _____

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Manuel de Jesus Novoa Baires _____     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  San Salvador, El Salvador _____

Birth date: 1937 _____ SS#: n/a _____ Sex: M ___ Race: Hispanic _____ Nationality: El Salvadorian _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Susan M. Poswistilo _____     **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No          **List language and/or dialect:**     Spanish _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**          March 7, 2004 _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ 1 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  3/8/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy**  _____

**Name of Defendant**    Manuel de Jesus Novoa Baires _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § §952(a), 960 | Importation of a Controlled | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    Manuel de Jesus Novoa Baires

Novoa JS45.wpd - 3/13/02