UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.         ) | Criminal No. 04-CR-10153-RWZ |
| ) | |
| ) | |
| **MANUEL DE JESUS NOVOA BAIRES** ) | |

### JOINT TO MOTION FOR CONTINUANCE

The United States of America, and defendant Manuel de Jesus Novoa Baires, through his counsel, respectfully request that the Court continue the Final Status Hearing in the above-referenced case, which is currently scheduled for September 30, 2004, to October 12, 2004.  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ David G. Tobin*
      DAVID G. TOBIN
      Assistant U.S. Attorney


*/s/ Charles P. McGinty*
Charles P. McGinty, Esquire
for defendant Manuel de Jesus Novoa Baires


Date:     September 27, 2004