UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10153-RWZ

UNITED STATES OF AMERICA

v.

MANUEL JESUS NOVOA BAIRES

### FURTHER ORDER ON EXCLUDABLE TIME

September 28, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for September 30, 2004. The parties have requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 30, 2004 - October 12, 2004

that being the time between the date of the Final Status Conference as as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for October 12, 2004 at 3:00 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

      / s / Judith Gail Dein  
JUDITH GAIL DEIN  
United States Magistrate Judge