UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10153-RWZ |
| | ) | |
| MANUEL NOVOA BAIRES | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant Manuel Novoa Baires respectfully moves to continue the hearing in this matter, previously set for November 15, 2004. Undersigned counsel needs additional time to consult on this case and to resolve outstanding matters.

Defendant submits that the time from November 15, 2004 to the final status conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice.

The government, by Assistant United States Attorney David Tobin, assents to this motion.

                                        MANUEL NOVOA BAIRES
                                        By his attorney,

                                        /s/ Charles P. McGinty
                                        Charles P. McGinty
                                          B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

November 22, 2004