UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10153-RWZ |
| ) | |
| MANUEL NOVOA BAIRES   ) | |
| ) | |

## MOTION TO EXCLUDE TIME

Defendant Manuel Novoa Baires respectfully moves to exclude the time from November 15, 2004 to the date of the final status conference under the Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice. Undersigned counsel needs additional time to consult on this case and to resolve outstanding matters.

The government, by Assistant United States Attorney David Tobin, assents to this motion.

MANUEL NOVOA BAIRES
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 22, 2004

*[handwritten margin note: allowed 12/22]*