UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-CR-10153-RWZ |
| ) | |
| **MANUEL NOVOA-BAIRES** ) | |

## GOVERNMENT'S ASSENTED TO MOTION
## TO CHANGE THE DATE OF THE STATUS HEARING AND EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to reschedule the status hearing, now scheduled for January 24, 2005, to a date during the week of February 7, 2005. The United States and the defense request that the period from January 24, 2005 to and including February 7, 2005, be excluded from all Speedy Trial Act calculations (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request on January 21, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney

Dated: January 25, 2005