UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10153-RWZ

UNITED STATES OF AMERICA

v.

MANUEL JESUS NOVOA BAIRES

### FURTHER ORDER ON EXCLUDABLE TIME

January 26, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for January 24, 2005. The government, with the assent of the defendant, requested a continuance due to weather conditions. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 24, 2005 - February 8, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for February 8, 2005 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

       / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge