UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10153-RWZ

UNITED STATES OF AMERICA

v.

MANUEL JESUS NOVOA BAIRES

**FURTHER ORDER ON EXCLUDABLE TIME**

March 7, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 7, 2005 through March 23, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated June 2, 2004, July 13, 2004, September 8, 2004, September 28, 2004, November 23, 2004, December 22, 2004, January 26, 2005, February 8, 2005 and this order, at the time of the Final Status Conference on March 23, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                                       /s/Judith Gail Dein
                                                   JUDITH GAIL DEIN
                                                   United States Magistrate Judge