UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10153-RWZ

UNITED STATES OF AMERICA

v.

MANUEL JESUS NOVOA BAIRES

**FINAL STATUS REPORT**

March 23, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, March 23, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary, although discussions between the parties are continuing.

2. Discovery is complete.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated June 2, 2004, July 13, 2004, September 8, 2004, September 28, 2004, November 23, 2004, December 22, 2004, January 26, 2005, February 8, 2005 and March 7, 2005, at the time of the Final Status Conference on March 23, 2005 there were zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through the initial status conference before the District Judge, to enable the parties to continue their discussions.

6. It is estimated that if the case goes to trial, the trial will last approximately four days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge