UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10153-RWZ

UNITED STATES OF AMERICA

v.

MANUEL JESUS NOVOA BAIRES

**FURTHER ORDER ON EXCLUDABLE TIME**

March 23, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 23, 2005 through the initial status conference before the District Judge in the interests of justice and in order to allow the parties time to continue their discussions.

Based upon the prior orders of the court dated June 2, 2004, July 13, 2004, September 8, 2004, September 28, 2004, November 23, 2004, December 22, 2004, January 26, 2005, February 8, 2005, March 7, 2005 and this order, at the time of the initial status conference there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/s/Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge