UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) CRIMINAL NO. 04-10153-RWZ |
| MANUEL NOVOA BAIRES | )<br>) |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America and defendant submit this joint memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through (9).

**(C)(1)**

There are no discovery issues not yet presented to the Court.

**(C)(2)**

The parties do not anticipate providing additional discovery.

**(C)(3)**

Defendant does not intend to raise issues of insanity or public authority.

**(C)(4)**

The ~~government~~ defendant will not assert an alibi defense.

**(C)(5)**

Defendant does not intend to file a motion to sever, dismiss or suppress.

**(C)(6)**

No schedule should be set for motions.

(C)(7)

The parties have discussed the possibility of an early resolution of the case without a trial.

(C)(8)

The parties submit that the additional time from today to the date of the District Court's initial status conference should be excluded.

(C)(9)

The government estimates that trial would take four days.

MICHAEL SULLIVAN
United States Attorney

By: _____
David Tobin
Assistant U.S. Attorney

MANUEL NOVOA BAIRES
By his attorney,

_____
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061