UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.04-CR-10153-RWZ |
| ) | |
| MANUEL DE JESUS NOVOA-BAIRES, ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Manuel De Jesus Novoa-Baires, by the district court (Zobel, J.) on August 4, 2005, and the resulting sentence and Judgment in a Criminal Case (entered on the docket on August 8, 2005).

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                              By:    */s/ David G. Tobin*
                                              DAVID G. TOBIN
                                              Assistant U.S. Attorney

Dated: September 7, 2005