# United States Court of Appeals
## For the First Circuit

No. 05-2578

UNITED STATES,

Appellant,

v.

MANUEL DE JESUS NOVOA BAIRES,

Defendant, Appellee.

**JUDGMENT**

**Entered: December 6, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

... and issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/6/05

By: ___DEBRA HEDGES___
Appeals Attorney

[cc: David G. Tobin, AUSA, Dina M. Chaitowitz, AUSA, Susan M. Poswistilo, AUSA, Charles P. McGinty, AFPD]